810

No. 200. Kovacs v. Brewer. Supreme Court of North Carolina. Certiorari granted. *Harris B. Steinberg* for petitioner.

No. 303. Alaska Industrial Board et al. v. Chugach Electric Association, Inc., et al. C. A. 9th Cir. Certiorari granted. *J. Gerald Williams,* Attorney General of Alaska, for the Alaska Industrial Board, and *John H. Dimond* for Jenkins, petitioners.

No. 311. Commissioner of Internal Revenue v. Stern, Transferee. C. A. 6th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *A. F. Prescott* for petitioner. *Walter E. Barton* for respondent.

No. 331. Jones v. United States. C. A. 5th Cir. Certiorari granted. *Wesley R. Asinof* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 251. Panama Canal Co. v. Grace Line, Inc., et al.; and

No. 252. Grace Line, Inc., et al. v. Panama Canal Co. C. A. 2d Cir. Certiorari granted. *Solicitor General Rankin* for the Panama Canal Co. With him on the petition in No. 251 were *Assistant Attorney General Doub, Paul A. Sweeney* and *Herman Marcuse. C. Dickerman Williams* for petitioners in No. 252 and respondents in No. 251. *James M. Estabrook* filed a brief for Aktieselskabet Dampskibsselskabet Svenborg et al., as *amici curiae,* in support of petitioners in No. 252.